# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 07, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-50119 c/w 15-50665
      Roswitha Saenz v. City of El Paso
         USDC No. 3:14-CV-244
         USDC No. 3:14-CV-244

The court has granted an extension of time to and including October 30, 2015 for filing a reply brie fin this case.   (AS TO 15-50119 ONLY)

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Melissa B. Courseault, Deputy Clerk
                                504-310-7701

Mr. James O. Darnell
Mr. James O. Darnell Jr.
Mr. Bradley C. Gage
Mr. Sam J. Legate
Mr. John Patrick Mobbs II
Mr. Francisco Javier Ortega